IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

WILLIAM GEOFFERY DOBBINS,            )
                                     )
    Plaintiff,                       )
                                     )         CIVIL ACTION NO.
    v.                               )            2:08cv895-MHT
                                     )                (WO)
J.C. GILES and LEWIS                 )
HULETT,                              )
                                     )
    Defendants.                      )

## ORDER

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant Lewis Hulett's objections (doc. no. 41) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 40) is adopted.

(3) Defendants J.C. Giles and Hulett's motion for summary judgment (doc. no. 9) is granted except as to plaintiff Dobbins's excessive-force claim

    against defendant Hulett in his individual capacity.

(4) Judgment is entered in favor of defendants Giles and Hulett and against plaintiff Dobbins, except as to plaintiff Dobbins's excessive-force claim against defendant Hulett in his individual capacity, with plaintiff Dobbins taking nothing by his complaint except as to his excessive-force claim against defendant Hulett in his individual capacity.

(5) Plaintiff Dobbins's excessive-force claim against defendant Hulett in his individual capacity shall go to trial.

This case is terminated as to defendant J.C. Giles.

DONE, this the 26th day of May, 2011.

                        /s/ Myron H. Thompson
                      UNITED STATES DISTRICT JUDGE