IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WILLIAM GEOFFERY DOBBINS, )<br>  )<br>   Plaintiff, )<br>  )<br>   v. )<br>  )<br>  )<br>LEWIS HULETT, )<br>  )<br>   Defendant. ) | CIVIL ACTION NO.<br>2:08cv895-MHT<br>(WO) |

### JUDGMENT

After reading a transcript of the proceedings held before the magistrate judge on October 7, 2011, and by agreement of all parties, it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 12th day of October, 2011.

      /s/ Myron H. Thompson
   UNITED STATES DISTRICT JUDGE